# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JIMMY CARTER KIM,<br><br>　　　　Defendant. | Case No.: 2:18-mj-836-CWH<br><br>ORDER FOR ISSUANCE OF<br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM FOR<br>JIMMY CARTER KIM<br>(ID#) 2621125 |

　　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JIMMY CARTER KIM** before the United States District Court at Las Vegas, Nevada, on or about 9/28/18, at the hour of 3 a.m./(p.m.) for an initial appearance and arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　　DATED: September 27th, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE