RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jimmy Carter Kim

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-836-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Ninth Request) |
| JIMMY CARTER KIM, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Jimmy Kim, that the Preliminary Hearing currently scheduled on March 27, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. In light of the recent events surrounding the COVID-19 pandemic and the Center for Disease Control's guidelines recommending social distancing from others when possible of

approximately 6 feet, undersigned counsels request a continuance to allow time to meet with their clients to discuss the case and to further decide how to best proceed with the case

2. The parties require additional time to discuss the potential for Pre-Indictment negotiations.

3. Counsel for the defendant needs additional time to conduct investigation in this for case in order to determine whether there are any issues that must be litigated prior to a preliminary hearing and whether the case will ultimately go to preliminary hearing or will be resolved through negotiations. Specifically, Counsel for the defendant needs additional time for forensic investigation of discovery and to meet with the client to discuss the details prior to proceeding forensic investigation of discovery and meet with the client to discuss the details prior to proceeding.

3. Defendant is incarcerated and does not object to a continuance.

4. Both parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the ninth request for continuance filed herein.

DATED this 20th day of March 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

```
_____FILED            _____RECEIVED
_____ENTERED          _____SERVED ON
              COUNSEL/PARTIES OF RECORD

           MAR 20

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-836-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| JIMMY CARTER KIM, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 27, 2020 at the hour of 4:00 p.m., be vacated and continued to July 10, 2020 at the hour of 4:00 p.m.

DATED this 20th day of March 2020.

_____
UNITED STATES MAGISTRATE JUDGE