RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jimmy Carter Kim

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JIMMY CARTER KIM,

                Defendant.

Case No. 2:18-mj-836-DJA

ORDER **TO CONTINUE PRELIMINARY HEARING**
(Tenth Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Jimmy Kim, that the Preliminary Hearing currently scheduled on July 10, 2020 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      In light of the recent events surrounding the COVID-19 pandemic and the Center for Disease Control's guidelines recommending social distancing from others when possible of

approximately 6 feet, undersigned counsels request a continuance to allow time to meet with their clients to discuss the case and to further decide how to best proceed with the case

2.      The parties require additional time to discuss the potential for Pre-Indictment negotiations.

3.      Counsel for the defendant needs additional time to conduct investigation in this for case in order to determine whether there are any issues that must be litigated prior to a preliminary hearing and whether the case will ultimately go to preliminary hearing or will be resolved through negotiations.  Specifically, Counsel for the defendant needs additional time for forensic investigation of discovery and to meet with the client to discuss the details prior to proceeding forensic investigation of discovery and meet with the client to discuss the details prior to proceeding.

3.      Defendant is incarcerated and does not object to a continuance.

4.      Both parties agree to the continuance.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the tenth request for continuance filed herein.

DATED this 8th day of July, 2020.

RENE L. VALLADARES
Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney


  */s/ Rebecca Levy*
By_____

REBECCA LEVY
Assistant Federal Public Defender

  */s/ Christopher Burton*
By_____

CHRISTOPHER BURTON
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JIMMY CARTER KIM,

        Defendant.

Case No. 2:18-mj-836-DJA

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 10, 2020 at the hour of 4:00 p.m., be vacated and continued to ___October 16, 2020,___ at the hour of 4:00 p.m. in Courtroom 3A.

    DATED this 9th day of July, 2020.

_____

DANIEL J. ALBREGTS, U.S. Magistrate Judge

  **Given this is the Tenth request of a continuance and the matter is nearly two years old, this will be the final continuance absent extreme unforeseen circumstances.

3