RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jimmy Carter Kim

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JIMMY CARTER KIM,<br><br>  Defendant. | Case No. 2:20-cr-00331-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Jimmy Kim, that the Sentencing Hearing currently scheduled on May 27, 2021 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but soon after June 1, 2021.

This Stipulation is entered into for the following reasons:

1.  Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Kim, which is relevant to the sentencing disposition of this case.

Additionally, Counsels are working to resolve Mr. Kim's state case and need time to work out the logistics.

2. Defendant is incarcerated and does not object to a continuance.

3. Both parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 22nd day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Elham Roohani*<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JIMMY CARTER KIM,<br><br>       Defendant. | Case No. 2:20-cr-00331-RFB-VCF<br><br>**ORDER** |

    Based on the Stipulation of counsel and good cause appearing:

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on May 27, 2021 at the hour of 10:00 a.m., be vacated and continued to June 3, 2021 at the hour of 9:00 a.m.

    DATED this 23rd day of April 2021.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3