RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jimmy Carter Kim

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JIMMY CARTER KIM,<br><br>        Defendant. | Case No. 2:20-cr-00331-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elham Roohani, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Jimmy Kim, that the Sentencing Hearing currently scheduled on June 3, 2021 at 9:00 am, be vacated and continued to a date and time convenient to the Court, but sooner than thirty (30) days.

    This Stipulation is entered into for the following reasons:

    1.    Counsel for the defendant needs additional time to investigate and gather information for Mr. Kim, which is relevant to the sentencing disposition of this case.

Additionally, Mr. Kim has some issues with regards to restitution in his state case that need resolution prior to him being placed in the Bureau of Prisons.

2. Defendant is incarcerated and does not object to a continuance.

3. Both parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 1st day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Rebecca Levy<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | /s/ Elham Roohani<br>By_____<br>ELHAM ROOHANI<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY CARTER KIM,<br><br>    Defendant. | Case No. 2:20-cr-00331-RFB-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing:

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on June 3, 2021 at the hour of 9:00 a.m., be vacated and continued to July 8, 2021 at the hour of 2:00 p.m.

DATED this 2nd day of June 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE